# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 27, 2015

## NO. 03-15-00104-CR

**Steven Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order entered by the trial court denying habeas relief. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.